CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Howard Johnson International, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation, | Civil Action No. 11-cv-0879 (DMC) (MF) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| BAL KRISHNA INC., a California Corporation; RAJESH KUMAR V. PATEL, an individual; and KIRTIBEN R. PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Howard Johnson International, Inc. ("HJI"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, Bal Krishna Inc., Rajesh Kumar V. Patel, and Kirtiben R. Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on February 16, 2011, seeking damages as a result of the breach of a license agreement between HJI and Bal Krishna Inc., and service of a copy of the Summons and Complaint having been effectuated on Defendants by serving them via certified and regular mail on June 8, 2011; and it appearing that default was duly noted by the Clerk of the Court against Defendants on July 15, 2011 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 4th day of November, 2011,

**ORDERED, ADJUDGED, AND DECREED** that HJI have judgment against Defendants, jointly and severally, in the total amount of $210,654.66, comprised of the following:

a) $15,732.84 for Recurring Fees (principal plus prejudgment interest); and

b) $188,871.82 for liquidated damages (principal plus prejudgment interest); and

c) $6,050.00 for attorneys' fees and costs.

_____
**DENNIS M. CAVANAUGH, U.S.D.J.**